IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| Janette Pollard, : | |
| : | |
| Plaintiff(s), : | |
| : | Case Number: 1:11cv186 |
| vs. : | |
| : | Chief Judge Susan J. Dlott |
| Commissioner of Social Security, : | |
| : | |
| Defendant(s). : | |

ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Stephanie K. Bowman filed on June 20, 2012 (Doc. 15), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired July 9, 2012, hereby ADOPTS said Report and Recommendation.

Accordingly, the decision of the Commissioner to deny Plaintiff DIB and SSI benefits is **REVERSED** and this matter is **REMANDED** under sentence four of 42 U.S.C. §405(g).

On remand, the ALJ is instructed to properly consider whether Plaintiff's impairments meet or equal Listing 9.08A, properly assess and evaluate the opinion evidence and provide a clear explanation for the conclusion reached therein.

As no further matters remain pending for the Court's review, the case is **CLOSED.**

**IT IS SO ORDERED.**

                                                      s/Susan J. Dlott
                                                      Chief Judge Susan J. Dlott
                                                      United States District Court